**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

| | | |
|---|---|---|
| Jade Thompson, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 2:18-cv-628 |
| v. | : | |
| | : | JUDGE MICHAEL H. WATSON |
| Marietta Education Association, et al., | : | |
| | : | Magistrate Judge Chelsey M. Vascura |
| Defendants. | : | |

## MEMORANDUM OF MARIETTA CITY SCHOOL DISTRICT BOARD OF EDUCATION IN RESPONSE TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Now comes Defendant Marietta City School District Board of Education (the "Board"), in response to the Motion for a Preliminary Injunction of Plaintiff Jade Thompson ("Plaintiff"), filed July 23, 2018 (Doc 15).  In response, the Board takes no position as to whether Plaintiff's First Amendment rights are being violated or whether the Board should be enjoined from recognizing the Marietta Education Association (the "Union") as the exclusive representative. The Board will respectfully honor the decision of the Court in this regard.

With that said, the Board is currently <u>required</u> to recognize the Union as the deemed-certified, exclusive representative of the teachers employed by the Board pursuant to O.R.C. Sections 4117.04 and 4117.05.  Contrary to Plaintiff's assertion in its Memorandum of Points and Authorities In Support of Motion for a Preliminary Injunction (Doc 15-1), the Board has not "appointed" the Union as the exclusive representative.  Ohio Revised Code section 4117.04 indicates that "[p]ublic employers <u>shall</u> extend to an exclusive representative designated under Section 4117.05 of the Revised Code, the right to represent exclusively the employees in the

appropriate bargaining unit and the right to unchallenged and exclusive representation***." O.R.C. 4117.04(A), emphasis added. In addition, Ohio law requires that "[a] public employer shall bargain collectively with an exclusive representative designated under Section 4117.05 of the Revised Code ***." O.R.C. 4117.04(B), emphasis added. Ohio Revised Code Section 4117.05 sets forth the procedures for an employee organization to become the exclusive representative, and states:

> An employee organization becomes the exclusive representative of all the public employees in an appropriate unit for the purposes of collective bargaining***.

There is no dispute that the Union is currently the exclusive representative of teachers employed by the Board, under Ohio law. However, the Board's recognition of the Union is mandatory under state law, not discretionary; and the Board does not appoint the representative.

Respectfully submitted,

/s/ Nicole M. Donovsky
Diana S. Brown (0067151), Trial Attorney
Nicole M. Donovsky (0072262)
BRICKER & ECKLER LLP
100 S. 3rd Street
Columbus, Ohio 43215
Telephone: 614-227-2300
Facsimile: 614-227-2390
Email: dbrown@bricker.com
Email: ndonovsky@bricker.com
Attorneys for Defendant Marietta City
School District Board of Education

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of August 2018, the foregoing Memorandum in Response was served upon the following via the Court's electronic filing system and electronic transmission to:

Patrick T. Lewis, Esq.
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114

Andrew M. Grossman, Esq.
Mark W. DeLaquil, Esq.
Richard B. Raile, Esq.
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036

Robert D. Alt, Esq.
Daniel J. Dew, Esq.
THE BUCKEYE INSTITUTE
88 East Broad Street, Suite 1120
Columbus, OH 43215

Eben O. McNair, IV, Esq.
Timothy Gallagher, Esq.
SCHWARZWALD MCNAIR & FUSCO LLP
1215 Superior Ave., Suite 225
Cleveland, OH 44114-3257

Patrick Casey Pitts
Scott Alan Kronland
ALTSHULER BERZON LLP
117 Post Street, Suite 300
San Francisco, CA 94108

Phillip Hostak
NATIONAL EDUCATION ASSOCIATION
1201 16TH St., NW
Washington, DC 20036

*/s/ Nicole M. Donovsky*
Nicole M. Donovsky (0072262)
BRICKER & ECKLER LLP