# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JADE THOMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIETTA EDUCATION ASSOCIATION,<br>MARIETTA BOARD OF EDUCATION,<br><br>    Defendants. | Civil Case No. 2:18-cv-00628-MHW-CMV<br><br>Judge Michael H. Watson<br><br>Mag. Judge Chelsey M. Vascura |

## NOTICE OF APPEAL

Please take notice that Plaintiff Jade Thompson appeals to the United States Court of Appeals for the Sixth Circuit from the Court's final judgment, ECF No. 70, and all orders forming the basis of or relating to the judgment, including without limitation the Court's order granting the Defendants' motions for summary judgment, ECF No. 69.

Dated: December 10, 2019

Respectfully submitted,

Robert Alt (0091753)*
Daniel Dew (0089502)*
THE BUCKEYE INSTITUTE
88 East Broad Street, Suite 1120
Columbus, OH 43215
(614) 224-4422
robert@buckeyeinstitute.org

/s/ Patrick T. Lewis
Patrick T. Lewis (0078314)
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
(216) 621-0200 (phone)
(216) 696-0740 (fax)

Andrew M. Grossman (*pro hac vice*)
Mark W. DeLaquil (*pro hac vice*)
Richard B. Raile (*pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036
(202) 861-1697 (phone)
(202) 861-1783 (fax)

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2019, the foregoing was filed using the Court's CM/ECF system. All counsel of record will be served through the Court's CM/ECF system.

*/s/* Patrick T. Lewis
Patrick T. Lewis
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
(216) 621-0200 (phone)
(216) 696-0740 (fax)
