# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  December 13, 2019

Mr. Patrick T. Lewis
Baker & Hostetler
127 Public Square
Suite 2000
Cleveland, OH 44114

> Re:  Case No. 19-4217, *Jade Thompson v. Marietta Education Association, et al*
>      Originating Case No. : 2:18-cv-00628

Dear Counsel,

   This appeal has been docketed as case number **19-4217** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **December 27, 2019**.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

|  |  | |
|---|---|---|
| Appellant: | Appearance of Counsel | |
| | Civil Appeal Statement of Parties & Issues | |
| | Disclosure of Corporate Affiliations | |
| | Application for Admission to 6th Circuit Bar (if applicable) | |
| Appellee: | Appearance of Counsel | |
| | Disclosure of Corporate Affiliations | |
| | Application for Admission to 6th Circuit Bar (if applicable) | |

  More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                Sincerely yours,

                s/Briston S. Mitchell
                Case Manager
                Direct Dial No. 513-564-7082

cc: Ms. Nicole Marie Donovsky
   Mr. Eben O. McNair IV

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 19-4217

JADE THOMPSON

       Plaintiff - Appellant

v.

MARIETTA EDUCATION ASSOCIATION; MARIETTA BOARD OF EDUCATION

       Defendants - Appellees